UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

FILED
CHARLOTTE, NC
JAN 24 2025
US DISTRICT COURT
WESTERN DISTRICT OF NC

Charlie Edward Riddle

Plantiff,

vs.

google / Face Book
Homeland security
Department of public saftey.
Mc Dowell Co, Marion NC 28752

Defendant(s).

COMPLAINT

Case No. 1:25-cv-25-MR

## A. JURISDICTION

Jurisdiction is proper in this court according to:

_____ 42 U.S.C. §1983

_____ 42 U.S.C. §1985

__✓__ Other (Please specify) Cyber Stalking, Cyber Harrasment

## B. PARTIES

1. Name of Plaintiff: Charlie Edward Riddle
   Address: 593 Spaulding Rd
   Marion NC 28752

2. Name of Defendant: google,
   Address: unknown

   Is employed as __google__ at __google__
   (Position/Title)      (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred? YES_____ NO __✓__, if "YES" briefly explain:
_____
_____

3. Name of Defendant: __Face Book__
   Address: _____
   __unknown__
   _____

   Is employed as __Face Book__ at __Face Book__
                    (Position/Title)        (Organization)

   Was the defendant acting under the authority or color of state law at the time these claims occurred? YES_____ NO __✓__, if "YES" briefly explain:
   _____
   _____
   _____

4. Name of Defendant: __Department of public Saftey__
   Address: __State street, 213__
   __Marion NC__
   __28752__

   Is employed as __perole officers__ at __perole officer__
                    (Position/Title)        (Organization)

   Was the defendant acting under the authority or color of state law at the time these claims occurred? YES_____ NO __✓__, if "YES" briefly explain:
   _____
   _____
   _____

(Use additional sheets if necessary.)

## C. NATURE OF CASE

Why are you bringing this case to court? Please explain the circumstances that led to the problem.

Thier is Fake google acounts, an Face Book acounts, in my name. That was used To Cyber stalk me, Cyber Harresst me

## D. CAUSE OF ACTION

I allege that my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach additional pages)

a. (1) Count 1: google, has let my name ~~~~ Be
   (2) Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing any legal authority. Use additional sheets if necessary.)
   use wrods, let their Be faulk inmation put on mead, That isn't so, let the Sheriff dept, use Google To harm Me,

b. (1) Count 2: Face Book
   (2) Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing any legal authority. Use additional sheets if necessary.)
   The have let stuff Be put out about me that isn't so,

## E. INJURY

How have you been injured by the actions of the defendant(s)?

My life Has Ben Threathing, My Name Has Ben Bangerd, Deweaum Naded, I suffer From post Dremacade Stress Sendom, painwold,

## F. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

Have you filed other lawsuits in state or federal court that deal with the same facts that are involved in this action?    YES ✓    NO _____

If your answer is "YES", describe each lawsuit. (If there is more than one lawsuit, describe additional lawsuits on additional separate pages, using the same outline.)

1. Parties to previous lawsuits:

Plaintiff(s): Charlie Edward Riddle

Defendants(s): Mc Dowell Co, Sheriff Dept, yancey Co Sheriff Dept, Marion police Dept 3:24-mc-104 / 1:24-cv-00265-mr No. 24-7197

2. Name of court and case or docket number: United States Court of Appeals For The Fourth Circuit

3. Disposition (for example, was the case dismissed? Was it appealed? Is it still pending?) was Dismissed Because of Singauture, I Then Appealed The Case. it is Still pending.

4. Issued raised:

That I Have Been Cyber Stalked, Cyber Harrasments my life put in Danger, Two Wrongful Deaths my girl friend my Daught, Angel mustin, Jessie Riddle

5. When did you file the lawsuit? Oct, 2024    10/23/2024
   Date: Month/Year

6. When was it (will it be) decided? 11-25-2024

Have you previously sought informal or form relief from the appropriate administrative officials regarding the acts complained of in Part D?    YES ✓    NO _____

If your answer is "YES" briefly describe how relief was sought and the results. If your answer is "NO" explain why administrative relief was not sought.

$ 25,0000 million,

### G. REQUEST FOR RELIEF

I believe I am entitled to the following relief:

For my girl Friend Death, Angie Mustin, my Daughter Jessie Jane Riddle, Cyber stalking, Cyber Harrasment, Fasel imation put on meda, about.

JURY TRIAL REQUESTED    YES ✓   NO ____

Signed at McDowell Co Jail on 1-19-2025.
 (Location)                              (Date)

*Charlie Edward Riddle*
Signature

**Address:** 593 Spaulding Rd
Marion, N.C. 28752
Mc Dowell Co, Jail

**Phone:**
**E-Mail:**

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was mailed/ delivered to the following individuals at the addresses listed:

_____
_____
_____
_____
_____

This the _____ day of _____, 20_____.

_____
Signature

_____
(Print Name)

(1)        1-17-2025

In 2021 I was Stab By A Nephew of my That was on perole At the Time, and Had To go To The McDowell Co Hospital, were A marion police officer Matt Huggins, and A Dective Rusty Jenkin also From The marion police Dept, came and Question me about who stab me.? They Questioned me For A hour and a 1/2, Then I was sent To The Asheville Hospital, were They place A lowcation Chip in me with out my consent, sent Then I Have Bew Stalked, Cyber Stalked, Cyber Harrament, By The McDowll Co Sheriff Dept, The yancey Co Sheriff Dept, marion police Dept, and every Drug Dealer with in The 29th Distict, They are Fake Face Book acounts and google acounts in my name That I Didn't make. my wife Rachel Margie Dehart, her son law Matt Huggins Conspired with William Ray Riddle, and Dept of public Saftey For william Ray Riddle To stab me, The google acounts will prove what I'm say, also Face Book acounts, Homeland Security. I Havent Bew Charged with any Crime That give These poeple A Right To Cyber stalk me and Cyber Harresatrment me, if Someone will Just put my name in google, and Face Book They will see what I'm say is True, if The courts will not help me, were Do I Turn For help? my nephew hasn't ever

(2)

Ben Charged For Stab me, I Have Asked To Speak To Someone about Take Charged, I Have wrote The Clerk Office, They will not Respond.? The Hospital records, The google acounts, The Face Book acounts will prove what I'a saying.

Shellie Dehart,   google, Face Book,        wife
greg Dehart,      google, Face Book
Sabrione Cable,   google, Face Book
Jessie Riddle,    google, Face Book
William Ray Riddle, google, Face Book
Eddie Lee Johnson, google, Face Book
Mike Thomas        google, Face Book
paul Thomas        google, Face Book
James veron Tr, Riddle   google, Face Book
philly Riddle,     google, Face Book
Linda Ricey        google, Face Book
TJ. Bowman         google, Face Book
Missey Bowman      google, Face Book
Tony Bowman        google, Face Book
Dale Elliott       google, Face Book
Ray Elliott        google  Face Book
James Elliott      google  Face Book
Ronaild mcmahan    google  Face Dook
Roger mc mahan     google  Face Book
Randy mc mahan     google  Face Book

Tice Randolph Jr,        google, Face Book
Joe Kelley              google, Face Book
Ray Roland              google, Face Book
glory Riddle            google, Face Book
guy Randolph,           google, Face Book
Scott Kelley            google, Face Book

Freedom life Minstrey.   google, Face Book


                    singed, Charlie Edward Riddle